Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V.   Crim. No. 3:06mj309/MD

JEREMY R. STRICKLAND

On January 11, 2007, the above named offender was placed on Probation for a period of 12 months. He has complied with the rules and regulations of Probation and is no longer in need of Probation. It is accordingly recommended that Jeremy R. Strickland be discharged from Probation.

Respectfully submitted,

*[signature]*
Donna D. Easterling
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this __8TH__ day of __August__, 20__07__.

*[signature]*
Miles Davis
U.S. Magistrate Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 AUG -8 AM 10: 15

FILED